Motion GRANTED.
Sentencing RESET for
10/20/14 at 10:30 a.m.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.   ] | No.   3:12-cr-170 (4) |
| ] | JUDGE TRAUGER |
| RAUL BERUMEN ] | |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now Defendant Raul Berumen, through counsel, and moves the Court to continue the Sentencing Hearing in the above-styled matter.

Mr. Berumen's sentencing hearing is scheduled for September 18, 2014 (Order Setting Sentencing Hearing, DE 210). For reasons set out in the contemporaneously filed affidavit filed under seal.

Accordingly, based on the reasons submitted, Mr. Berumen moves the Court to continue the July 28, 2014 sentencing hearing.

Respectfully submitted,

s/ John G. Oliva
JOHN G. OLIVA, 10566
Attorney at Law
1308 Rosa L. Parks Boulevard
Nashville TN 37208
615 254-0202
jgoliva@comcast.net

Counsel for Raul Berumen

1